DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL SEASON'S JOY LLC,** and **HILL TOP MISSIONARY BAPTIST CHURCH,**
Appellants,

v.

**FRANK DANIELS,**
Appellee.

No. 4D2024-1517

[October 23, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. James W. Sherman, Judge; L.T. Case No. 50-2018-CA-008258-XXXX-MB.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Jupiter, and Michael D. Brown of Brown & Associates, P.A., North Palm Beach, for appellants.

Matthew Sean Tucker of Tucker Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***